CAFFEE, Appellant, v. A. R. SAX LUMBER CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Alberto H. Caffee against the A. R. Sax Lumber Company.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Caffee v.

Sax Lumber Co., 139 App. Div. 746, 124 N. Y. Supp. 325.